THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARLON SULLIVAN, Appellant. [957 NYS2d 261]

Concur—Mazzarelli, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Clark, JJ.